Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–32992–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor Soohoo
   aka Victor Soo Hoo
   145 Salem Road
   North Brunswick, NJ 08902

Social Security No.:
   xxx–xx–7144

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 5, 2020.

On 07/21/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 August 26, 2020
Time:               10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 22, 2020
JAN: mjb

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-32992-MBK
Victor Soohoo                                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Jul 22, 2020
                                  Form ID: 185             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
```
db              +Victor Soohoo,    145 Salem Road,    North Brunswick, NJ 08902-4557
aty              Denise Carlon, Esq.,    KML Law Group, PC,    216 Haddon Avenue,    Suite 206,
                   Westmont, NJ  08108
lm              +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, CO 80129-2386
518612261       +McGovern Legal Services, LLC,    PO Box 1111,    New Brunswick, NJ 08903-1111
518612262       +New Brunswick Postal F,    19 Kilmer Rd,    Edison, NJ 08817-2412
518621499       +New Brunswick Postal Federal Credit Union,    19 Kilmer Road,    Edison, N.J. 08817-2412
518612263       +Renaissance Walk Condominium Assoc, Inc.,    c/o IMPAC, Inc.,    440 Beckerville Road,
                   Manchester, NJ 08759-9503
518615287       +Renaissance Walk Condominium Association, Inc.,    850 Carolier Lane,
                   North Brunswick, NJ 08902-3312
518673191       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
518612264       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                   Highlands Ranch, CO 80129-2386
518712605       +TD Bank, N.A.,    Janelly Landa, Esq.,    30 Montgomery St., Ste. 1205,
                   Jersey City, NJ 07302-3835
518711054       +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
                   Latham New York 12110-2100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
518612265        E-mail/Text: bankruptcy@td.com Jul 23 2020 00:27:23     TD Bank, N.A.,    32 Chestnut Street,
                   Po Box 1377,    Lewiston, ME 04243
                                                                                                TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Renaissance Walk Condominium Association, Inc.,    850 Carolier Lane,
                   North Brunswick, NJ 08902-3312
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Andrew Thomas Archer     on behalf of Debtor Victor  Soohoo aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Matthew J. Goss    on behalf of Creditor    Renaissance Walk Condominium Association, Inc.
               collections@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```