Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–32992–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Victor Soohoo
    aka Victor Soo Hoo
    145 Salem Road
    North Brunswick, NJ 08902

Social Security No.:
    xxx–xx–7144

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 11, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 36 – 29
LOSS MITIGATION ORDER Granting Motion (Related Doc # 29). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/11/2020. (kmm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 11, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Victor Soohoo  
    Debtor

Case No. 19-32992-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2020  
                     Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.  
lm          +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:

          Albert  Russo    docs@russotrustee.com  
          Andrew Thomas Archer    on behalf of Debtor Victor  Soohoo aarcher@spillerarcherlaw.com,  
           bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com  
          Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Loss Mitigation    Specialized Loan Servicing, LLC  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Matthew J. Goss    on behalf of Creditor    Renaissance Walk Condominium Association, Inc.  
           collections@theassociationlawyers.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                  TOTAL: 6