| UNITED STATES BANKRUPTCY COURT <br> District of New Jersey | |
|---|---|
| Albert Russo <br> Cn 4853 <br> Trenton, NJ  08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee | **Order Filed on August 31, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey** |
| In re: <br><br> Victor Soo Hoo <br><br> Debtor(s) | Case No.: 19-32992 / MBK <br><br> Hearing Date:  08/26/2020 <br><br> Judge: Michael B. Kaplan <br><br> Chapter: 13 |

### ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: August 31, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 07/21/2020, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$4,688.00 PAID TO DATE

$646.00 for 52 months beginning 09/01/2020

**ORDERED** that the case is confirmed to pay 100% dividend to general unsecured creditors.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that the debtor(s) must obtain a loan modification by October 1, 2020 or as extended by Loss Mitigation Order.

- Creditor Specialized Loan Servicing, PACER claim #3-1, will be paid outside of the Chapter 13 Plan.

- Post-petition arrears from the July 2, 2020 Order in the amount of $9,559.89 will not be paid to Specialized Loan Servicing pending a Loan Modification by October 1, 2020. The post-petition arrears will be paid outside of the Chapter 13 Plan.

The attorney fee of $531.00 from the July 2, 2020 Order will be paid through the Chapter 13 Plan pending a Loan Modification by October 1, 2020.

**ORDERED** that if the debtor has provided for a creditor to be paid in the plan and no Proof of Claim is filed by such creditor before expiration of the applicable bar date, the debtor, pursuant to F.R.B.P. 3004, must file a Proof of Claim on behalf of the creditor within 30 days of the expiration of the applicable bar date. If the time period pursuant to F.R.B.P. 3004 has expired, the debtor must file a Proof of Claim on behalf of the creditor **and** file a motion to allow the Trustee to pay the late filed claim, or the debtor may obtain a Consent Order with the creditor authorizing the Trustee to pay an amount certain in the plan.

**ORDERED** as follows:

TRUSTEE SHALL PAY RENAISSANCE WALK CONDOMINIUM ASSOCIATION, PROOF OF CLAIM 3-1 A SECURED CLAIM IN THE AMOUNT OF $20,154.02. THE UNSECURED PORTION IN THE AMOUNT OF $3,317.65 SHALL BE PAID PRO RATA WITH OTHER GENERAL UNSECURED CREDITORS PURSUANT TO THE TERMS OF CONFIRMATION.

United States Bankruptcy Court
District of New Jersey

In re:  
Victor Soohoo  
    Debtor

Case No. 19-32992-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 31, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db          +Victor Soohoo,    145 Salem Road,    North Brunswick, NJ 08902-4557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Andrew Thomas Archer    on behalf of Debtor Victor Soohoo aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Loss Mitigation    Specialized Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Matthew J. Goss    on behalf of Creditor    Renaissance Walk Condominium Association, Inc. collections@theassociationlawyers.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

            TOTAL: 6