UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on September 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Victor Soohoo
       Debtor.

Case No.: 19-32992 MBK

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____735.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____735.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____662.00_____ per month for _____51_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-32992-MBK
Victor Soohoo                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin            Page 1 of 1              Date Rcvd: Sep 10, 2020
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db              +Victor Soohoo,    145 Salem Road,    North Brunswick, NJ 08902-4557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
      Albert    Russo     docs@russotrustee.com
      Andrew Thomas Archer    on behalf of Debtor Victor  Soohoo aarcher@spillerarcherlaw.com,
       bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor   SPECIALIZED LOAN SERVICING, LLC
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Loss Mitigation   Specialized Loan Servicing, LLC
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Matthew J. Goss    on behalf of Creditor   Renaissance Walk Condominium Association, Inc.
       collections@theassociationlawyers.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      William H Brosha    on behalf of Creditor   Renaissance Walk Condominium Association, Inc.
       collections@theassociationlawyers.com
                                                                                                                                                        TOTAL: 7