|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>McGovern Legal Services, LLC<br>By: William H. Brosha, Esq.<br>850 Carolier Lane<br>North Brunswick, NJ 08902<br>(732) 246-1221<br>Attorneys for Renaissance Walk Condominium Association, Inc. | Order Filed on October 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VICTOR SOOHOO, | Case No.: 19-32992<br><br>Judge: Michael B. Kaplan<br><br>Chapter:    13 |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED.**

**DATED: October 28, 2020**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

1

McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR RENAISSANCE WALK CONDOMINIUM ASSOCIAITON, INC.
_____

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| VICTOR SOOHOO, | CASE NO.:   19-32992 MBK |
| Debtor. | **CONSENT ORDER** |

_____

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Renaissance Walk Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor is indebted to the Association in the amount of $2,902.50 in post-petition maintenance fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through August 11, 2020 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---:|
| Maintenance Fees: | $2,056.00 |
| Late Fees: | $50.00 |
| Legal (work related to post-petition default): | $796.50 |
| Total: | $2,902.50 |

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall receive payment of the Total Due in six (6) equal consecutive monthly payments in the sum of $483.75 each, commencing on November 1, 2020, and ending on April 1, 2021.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED THAT** the Debtor shall maintain his post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on August 12, 2020; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Association fails to timely receive the Total Due or any regular monthly payment within thirty (30) days of the date the payment is due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

**WE HEREBY CONSENT TO THE FORM**
**AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Renaissance Walk Condominium Association, Inc.


__/s/ William H. Brosha_____          ___10/19/20___
WILLIAM H. BROSHA, ESQ.                  DATE

Brenner, Spiller & Archer
Attorneys for Victor Soohoo


/s/ Andrew T. Archer                     _____
ANDREW T. ARCHER, ESQ.                   DATE