| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>McGovern Legal Services, LLC<br>By: William H. Brosha, Esq.<br>850 Carolier Lane<br>North Brunswick, NJ 08902<br>(732) 246-1221<br>Attorneys for Renaissance Walk Condominium Association, Inc. | **Order Filed on October 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>VICTOR SOOHOO, | Case No.: 19-32992<br><br>Judge:  Michael B. Kaplan<br><br>Chapter:      13 |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED.**

DATED: October 28, 2020

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR RENAISSANCE WALK CONDOMINIUM ASSOCIAITON, INC.

_____

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| VICTOR SOOHOO, | CASE NO.:   19-32992 MBK |
| Debtor. | **CONSENT ORDER** |

_____

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Renaissance Walk Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor is indebted to the Association in the amount of $2,902.50 in post-petition maintenance fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through August 11, 2020 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---:|
| Maintenance Fees: | $2,056.00 |
| Late Fees: | $50.00 |
| <u>Legal (work related to post-petition default):</u> | <u>$796.50</u> |
| Total: | $2,902.50 |

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall receive payment of the Total Due in six (6) equal consecutive monthly payments in the sum of $483.75 each, commencing on November 1, 2020, and ending on April 1, 2021.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED THAT** the Debtor shall maintain his post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on August 12, 2020; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Association fails to timely receive the Total Due or any regular monthly payment within thirty (30) days of the date the payment is due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Renaissance Walk Condominium Association, Inc.


| /s/ William H. Brosha | 10/19/20 |
|---|---|
| WILLIAM H. BROSHA, ESQ. | DATE |

Brenner, Spiller & Archer
Attorneys for Victor Soohoo


| /s/ Andrew T. Archer | _____ |
|---|---|
| ANDREW T. ARCHER, ESQ. | DATE |

4

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32992-MBK |
| Victor Soohoo | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Victor Soohoo, 145 Salem Road, North Brunswick, NJ 08902-4557 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 30, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Victor Soohoo aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew J. Goss | on behalf of Creditor Renaissance Walk Condominium Association  Inc. collections@theassociationlawyers.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Renaissance Walk Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 7