UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
Attorney for the Debtor(s)
00527200

**Order Filed on January 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Victor SooHoo,

                                    Debtor(s).

Case No.:            19-32992

Chapter:               13

Judge:                 MBK

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 27, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on August 11, 2020     :

Property:        145 Salem Road North Brunswick, NJ 08902

Creditor:        Specialized Loan Servicing, LLC

and a Request for

☒  Extension of the Loss Mitigation Period having been filed by the Debtor                , and for good cause shown,

☐  Early Termination of the Loss Mitigation Period having been filed by                            , and for good cause shown,

It is hereby ORDERED that,

☒  The Loss Mitigation Period is extended up to and including 05/08/2021                .

☐  The Loss Mitigation Period is terminated, effective                                 .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-32992-MBK

Victor Soohoo                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                 User: admin                                         Page 1 of 2

Date Rcvd: Jan 27, 2021                         Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

**Recip ID                    Recipient Name and Address**
db                       + Victor Soohoo, 145 Salem Road, North Brunswick, NJ 08902-4557

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

**Name                         Email Address**

Albert Russo
                               docs@russotrustee.com

Andrew Thomas Archer
                               on behalf of Debtor Victor Soohoo aarcher@spillerarcherlaw.com
                               bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
                               on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                               on behalf of Loss Mitigation Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Matthew J. Goss
                               on behalf of Creditor Renaissance Walk Condominium Association  Inc. collections@theassociationlawyers.com

U.S. Trustee

District/off: 0312-3                                      User: admin                                                      Page 2 of 2
Date Rcvd: Jan 27, 2021                              Form ID: pdf903                                      Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Renaissance Walk Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 7