

**850 Carolier Lane, North Brunswick, N.J.  08902**
**Phone**: 732-246-1221  ●  **Fax**:  732-246-1872
www.TheAssociationLawyers.com
**North Brunswick ● Brick Township ● Jersey City ● Brigantine**
**(Brigantine office is meeting location by appointment only)**

July 13, 2022

<u>Via e-mail to Chambers_of_MBK@NJB.USCourts.gov</u>
Honorable Michael B. Kaplan, Chief Judge
402 East State Street
Trenton, N.J. 08608
Courtroom #8

Attn: Maria

**RE: Renaissance Walk Condominium Association, Inc.**
　　　**Victor Soohoo**
　　　**Case No.: 19-32992-MBK**

Dear Judge Kaplan:

As Your Honor may be aware, our office represents, Creditor, Renaissance Walk Condominium Association, Inc., with regard to the above matter.

On April 12, 2022, our office filed a Status Change form, as it related to the Motion for Stay Relief (Doc. ID: 1002741850) we filed on December 28, 2021, requesting the matter be marked as Settled.

A Consent Order was prepared and forwarded to counsel for Victor Soohoo however, the Consent Order was never executed or abided by.

Accordingly, our office is requesting that the court **relist** the Motion for Stay Relief (Doc. ID: 1002741850) at the court's earliest convenience.

Thank you for your attention to this matter.

If you have any questions, please contact me directly. Thank you.

Sincerely,

McGovern Legal Services, LLC

By: __*Marlena S. Diaz-Cobo*_____
　　　Marlena S. Diaz-Cobo, Esq.

　cc.　　Kenneth Borger (via e-mail to kborger@spillerarcherlaw.com)
　　　　Corinn Valentino, Paralegal