**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

McGovern Legal Services, LLC
Kyle A. Livingstone, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Fax (732) 246-1872
klivingstone@theassociationlawyers.com
RENAISSANCE WALK CONDOMINIUM ASSOCIATION, INC..

Order Filed on September 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VICTOR SOOHOO

| | |
|---|---|
| Case No.: | 19-32992 MBK |
| Hearing Date: | 9/13/22 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

RENAISSANCE WALK CONDOMINIUM ASSOCIATION, INC.
Upon the motion of _____, under

Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☒  Real property more fully described as:

145 Salem Road, North Brunswick, New Jersey 08902

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the

property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 11/14/18*

2