UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

McGovern Legal Services, LLC
Kyle A. Livingstone, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Fax (732) 246-1872
klivingstone@theassociationlawyers.com
RENAISSANCE WALK CONDOMINIUM ASSOCIATION, INC..

In Re:

**VICTOR SOOHOO**

Order Filed on September 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 19-32992 MBK |
| Hearing Date: | 9/13/22 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2022**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____RENAISSANCE WALK CONDOMINIUM ASSOCIATION, INC._____, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

145 Salem Road, North Brunswick, New Jersey 08902

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-32992-MBK
Victor Soohoo                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Sep 14, 2022    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

**Recip ID          Recipient Name and Address**
db              +  Victor Soohoo, 145 Salem Road, North Brunswick, NJ 08902-4557

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:**

**Name**                       **Email Address**
Albert Russo
                               docs@russotrustee.com

Andrew Thomas Archer
                               on behalf of Debtor Victor Soohoo aarcher@spillerarcherlaw.com
                               bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Brad J. Spiller
                               on behalf of Debtor Victor Soohoo bankruptcy@brennerlawoffice.com
                               aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
                               on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                               on behalf of Loss Mitigation Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3 — User: admin — Page 2 of 2
Date Rcvd: Sep 14, 2022 — Form ID: pdf903 — Total Noticed: 1

| | | |
|---|---|---|
| Kyle Anthony Livingstone | on behalf of Creditor Renaissance Walk Condominium Association  Inc. | klivingstone@theassociationlawyers.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Renaissance Walk Condominium Association  Inc. | collections@theassociationlawyers.com |
| Matthew J. Goss | on behalf of Creditor Renaissance Walk Condominium Association  Inc. | collections@theassociationlawyers.com |
| U.S. Trustee | | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Renaissance Walk Condominium Association  Inc. | collections@theassociationlawyers.com |

TOTAL: 10